**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | :No. 21 MM 2020 |
| | : |
| Respondent | : |
| | : |
| v. | : |
| | : |
| JEREMIAH LEE METCALF, | : |
| | : |
| Petitioner | : |

## ORDER

**AND NOW**, this 31st day of March, 2020, Petitioner's Application to Exceed Word Count is **granted.**

_Amy Drumheller_

———————————————————
Deputy Prothonotary